Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Jose A. Iraheta Hernandez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jose A. Iraheta Hernandez, <br><br> Plaintiff, <br> v. <br><br> General Information Services, <br><br> Defendant. | Case No.: 2:20-cv-01766-GMN-BNW <br><br> **Stipulation for Plaintiff to file a Second Amended Complaint** |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Jose A. Iraheta Hernandez ("Plaintiff") and General Information Services ("Defendant" and jointly as the "parties"), by and through their respective counsel, hereby submit this stipulation for Plaintiff to amend the complaint on or before **December 18, 2020**, a copy of which is attached hereto as Exhibit A.

Plaintiff filed the original complaint on Sep 24, 2020 in this court. (ECF No. 1). Defendant filed its Motion to Dismiss the Complaint, or Alternatively, Transfer Venue, (ECF No. 5), on Oct 20, 2020. On November 2, 2020, Plaintiff filed an amended complaint (ECF No. 12), and Defendant filed a

Motion to Dismiss the Amended Complaint, or Alternatively, Transfer Venue on November 16, 2020 (ECF No. 13).  On November 17, 2020, Defendant filed a Motion to Stay Discovery (ECF No. 14), which is still pending with the Court.

The reason for Plaintiff's anticipated amendment is because Defendant asserts that Plaintiff has sued the wrong entity and Plaintiff therefore seeks to amend to drop Defendant from the case and name Backgroundchecks.com, LLC (a separate but associated entity) as a defendant. However, Plaintiff and Backgroundchecks.com, LLC, through counsel, are engaged in early discussions regarding the merits of Plaintiff's claims that may alleviate the need to amend the complaint.

///
///
///

In consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED that Plaintiff shall file and serve the Amended Complaint on or before **December 18, 2020**.

Dated: December 9, 2020.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Jose A. Iraheta Hernandez*

**LITTLER**

 /s/  Diana Dickinson
Diana Dickinson, Esq.
William J. Simmons, Esq.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
*Counsel for General Information Services, Inc.*

ORDER

IT IS ORDERED that the parties' stipulation is GRANTED.  The Clerk of Court is kindly directed to detach and separately docket ECF No. 18-1.

**IT IS SO ORDERED**

**DATED:** 4:52 pm, December 11, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**