1    WILLIAM J. SIMMONS, ESQ., Pennsylvania, Bar No. 206860
     *Admitted Pro Hac Vice*
2    LITTLER MENDELSON, P.C.
     1601 Cherry Street, Suite 1400
3    Philadelphia, PA 19102-1321
     Telephone:      267.402.3000
4    Fax No.:        267.402.3131
     Email: wsimmons@littler.com
5

6    DIANA G. DICKINSON, ESQ., Bar No. 13477
     LITTLER MENDELSON, P.C.
7    3960 Howard Hughes Parkway
     Suite 300
     Las Vegas, NV 89169-5937
8    Telephone:    702.862.8800
     Fax No.:       702.862.8811
9    Email: ddickinson@littler.com

10   Attorneys for Defendant
     BACKGROUNDCHECKS.COM LLC
11

12

13                **UNITED STATES DISTRICT COURT**

                 **DISTRICT OF NEVADA**
14

15

16   Jose A. Iraheta Hernandez,           Case No. 2:20-cv-01766-GMN-BNW

17             Plaintiff/s,      **STIPULATION AND [PROPOSED]**
                           **ORDER TO EXTEND TIME FOR**
18   vs.                         **DEFENDANT TO RESPOND TO**
                           **PLAINTIFF'S SECOND AMENDED**
19   Backgroundchecks.com, LLC,       **COMPLAINT**

20            Defendant/s.      **[FIRST REQUEST]**

21

22

23        Plaintiff    JOSE    A.    IRAHETA    HERNANDEZ    ("Plaintiff")    and    Defendant

24 BACKGROUNDCHECKS.COM LLC ("Defendant") by and through their undersigned counsel,

25 hereby agree and stipulate to extend the time for Defendant to file a response to the Second Amended

26 Complaint two (2) weeks from December 28, 2020 up to and including **January 11, 2021**.

27        The requested extension is necessary in light of the upcoming holiday and the need for

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

additional time to investigate the allegations in the Second Amended Complaint and prepare a sufficient responsive pleading.

This is the first request for an extension of time to respond to the Second Amended Complaint. This request is made in good faith and not for the purpose of delay.

Dated: December 22, 2020

Respectfully submitted,                    Respectfully submitted,


/s/ Michael Kind                            /s/ Diana Dickinson
MICHAEL KIND, ESQ.                          WILLIAM J. SIMMONS, ESQ.
KIND LAW                                    DIANA G. DICKINSON, ESQ.
GEORGE HAINES, ESQ.                         LITTLER MENDELSON, P.C.
GERADO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

Attorneys for Plaintiff                     Attorneys for Defendant
JOSE A. IRAHETA HERNANDEZ                   BACKGROUNDCHECKS.COM LLC


**ORDER**

**IT IS SO ORDERED**

**DATED:** 12:19 pm, December 23, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4846-9466-7476.1 103757.1007

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800