Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Jose A. Iraheta Hernandez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jose A. Iraheta Hernandez,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Backgroundchecks.com, LLC,<br><br>　　　　　　　　Defendant. | Case No.: 2:20-cv-01766-GMN-BNW<br><br>**Stipulation for an extension of time for Response and Reply to Defendant's motion to dismiss**<br><br>**(First request)** |

　　　Jose A. Iraheta Hernandez ("Plaintiff") and Backgroundchecks.com LLC, ("Defendant" and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation to extend the deadlines for filing a response and reply to Defendant's motion to dismiss, filed on January 11, 2021 (ECF No. 24). This is the first request for an extension of these deadlines.

　　　The extension is sought to accommodate the workload and schedule of counsel, is sought in good faith, and is not made for the purposes of delay.

STIPULATION　　　　　　　　- 1 -

The parties therefore stipulate that Plaintiff's opposition to the pending motion shall be due on or before **February 1, 2021**. If this extension is approved by the Court, Defendant's reply would then be due on or before February 8, 2021. See Local Rule 7-2(b).

The parties further stipulate that Defendant shall also have a one-week extension to file its reply, up to and including **February 15, 2021**. The parties agree that good cause exists for the extensions.

Dated: January 25, 2021.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Jose A. Iraheta Hernandez*

**LITTLER MENDELSON, P.C.**

 /s/ Diana Dickinson
Diana Dickinson, Esq.
William J. Simmons, Esq.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
*Attorneys for Defendant Backgroundchecks.com, LLC*

**IT IS SO ORDERED.**

Dated this 25 day of January, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT