WILLIAM J. SIMMONS, ESQ., Pennsylvania, Bar No. 206860
*Admitted Pro Hac Vice*
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
Telephone:     267.402.3000
Fax No.:         267.402.3131
Email: wsimmons@littler.com

DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email: ddickinson@littler.com

Attorneys for Defendant
BACKGROUNDCHECKS.COM LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jose A. Iraheta Hernandez,<br><br>　　　　　Plaintiff/s,<br><br>vs.<br><br>Backgroundchecks.com, LLC,<br><br>　　　　　Defendant/s. | Case No. 2:20-cv-01766-GMN-BNW<br><br>**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

JOSE A. IRAHETA HERNANDEZ ("Plaintiff") and BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file its reply in support of its Motion to Stay Discovery filed on January 22, 2021 (ECF No. 26) from the current deadline of February 12, 2021, up to and including **February 26, 2021**.

This is the first request for an extension of this deadline. The extension is requested to accommodate the workload and schedule of defense counsel, is sought in good faith, and is not made for the purposes of delay.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree that good cause exists for this extension.

Dated: February 9, 2021

Respectfully submitted,

*/s/ Michael Kind*
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

Attorneys for Plaintiff
JOSE A. IRAHETA HERNANDEZ

Dated: February 9, 2021

Respectfully submitted,

*/s/ Diana G. Dickinson*
WILLIAM J. SIMMONS, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: __February 16__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4821-3936-7387.1 103757.1007

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800