WILLIAM J. SIMMONS, ESQ., Pennsylvania, Bar No. 206860
*Admitted Pro Hac Vice*
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
Telephone: 267.402.3000
Fax No.: 267.402.3131
Email: wsimmons@littler.com

DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: ddickinson@littler.com

Attorneys for Defendant
BACKGROUNDCHECKS.COM LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jose A. Iraheta Hernandez,<br><br>　　　　　Plaintiff/s,<br><br>vs.<br><br>Backgroundchecks.com, LLC,<br><br>　　　　　Defendant/s. | Case No. 2:20-cv-01766-GMN-BNW<br><br>**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE SECOND AMENDED COMPLAINT, OR, ALTERNATIVELY, TRANSFER VENUE**<br><br>**(THIRD REQUEST)** |

JOSE A. IRAHETA HERNANDEZ ("Plaintiff") and BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file its reply in support of its Motion to Dismiss the Second Amended Complaint, or, Alternatively, Transfer Venue filed on January 11, 2021 (ECF No. 24) by an additional three days, up to and including **February 26, 2021**.

This is the third request for an extension of the reply deadline. On January 25, 2021, the

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

parties submitted a stipulation to extend the opposition and reply deadlines to the Motion to Dismiss the Second Amended Complaint, or, Alternatively, Transfer Venue by one week (ECF No. 27). On February 9, 2021, the parties submitted a second stipulation to extend the reply deadline by one week, which is still pending with the Court (ECF No. 32).

The requested extension is necessary because of the recent historic winter storm causing significate power and water outages throughout the state of Texas. The extension will provide Defendant sufficient time to finalize its reply brief with its client representative, who is located in Texas and has had intermittent power for several days. This extension is sought in good faith and is not made for the purposes of delay. The parties agree that good cause exists for this extension.

Dated: February 22, 2021

Respectfully submitted,

/s/ Michael Kind
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

Attorneys for Plaintiff
JOSE A. IRAHETA HERNANDEZ

Dated: February 22, 2021

Respectfully submitted,

/s/ Diana G. Dickinson
WILLIAM J. SIMMONS, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Stipulation for Extension of Time (Second Request), (ECF No. 32), is **GRANTED** *nunc pro tunc*.

Dated this __22__ day of February, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4822-7191-6253.1 103757.1007

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800